Ralph R. Rios, Esq. (SBN 805857)
EL MONTE LAW GROUP, INC.
11100 Valley Blvd., Ste. 115
El Monte, California 91731
Telephone: (626) 406-1032
Facsimile: (626) 522-8520
Email : rrios@emlawgroup.com

Attorneys for Plaintiff, Guadalupe Arechiaga

# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guadalupe Arechiaga individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE and PATRICIA ANN RYAN as an individual<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT:**<br><br>**1. Negligence**<br>**2. Intentional Infliction of Emotional Distress**<br><br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1. This is an action against the Defendant United States of America under the Federal Tort Claims Act, (28 U.S.C. Section 2671, et seq.) and 28 U.S.C. Section 1346(b)(1), for negligence in connection with the motor vehicle accident vs. United States Postal Service truck, causing injury to Plaintiff, a lawfully license driver.

2. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. Section 2671, et seq.) and 28 U.S.C. Section 1346(b)(1),

for money damages as compensation for personal injuries caused by Defendant's negligence.

3. Plaintiff Arechiaga has fully complied with the provisions of 28 U.S.C. Section 2675 of the Federal Tort Claims Act, See Exhibit 1.

4. This suit has been timely filed, in that Plaintiff Arechiga timely served notice of his claim on both the United States Air Force and the United States of America less than two years after the incident forming the basis of this suit.

## PLAINTIFF'S COMPLAINT

5. COMES NOW, Plaintiff GUADALUPE ARECHIGA, for his causes of action against Defendants, and each of them, complains and alleges as follows:

## PARTIES, JURISDICTION AND VENUE

7. That Plaintiff GUADALUPE ARECHIGA (hereinafter "Plaintiff") is, and at all times mentioned herein was, a resident of the County of SAN BERNARDINO, State of California.

8. That Defendant UNITED STATES OF AMERICA, through its agency, the United States Postal Service, and at all times mentioned herein a governmental entity located in Chino, California.

9. Defendant United States Postal Service, including its directors, officers, operators, administrators, employees, agents, and staff at the Postal office hereinafter collectively referred to as U.S.P.S..

10. At all times relevant to the Complaint, U.S.P.S., operated and maintained an a local post office located at 5375 Walnut Avenue Chino CA 91710

11. At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendant, United States of America. Furthermore, the Defendant is responsible for the negligent acts of their employees and agents

- 2 -
COMPLAINT FOR DAMAGES

*ARECHIGA V. U.S.P.S..*

under respondent superior.

12. Jurisdiction is proper under 28 U.S.C. Section 1346(b)(1).

13. Venue is proper under 28 U.S.C. Section 1402 (b) in that all, or a substantial part of the acts omissions forming the basis of these claims occurred in the District of California.

## FACTS COMMON TO ALL CAUSES OF ACTION

14. That on or about December 6, 2019 Plaintiff and the individual defendant Patricia Ann Ryan who was working as a postal worker for the U.S.P.S. were involved in a rear end accident.

15. At the time of the accident Plaintiff Arechiga was travelling southbound Oaks Avenue in the city of Chino.

16. Defendant Patricia Ann Ryan was also traveling southbound on Oaks when suddenly without warning Defendant Ryan rear ended the Plaintiff's vehicle causing injury and emotional distress to Plaintiff.

17. The Defendant disabled and totaled out the PLAINTIFF'S vehicle.

18. The Defendant caused an unreasonable and dangerous condition to innocent persons and was caused as a direct result of the Defendants' failure to drive at a reasonable speed and drive in a reasonable and safe manner.

19. Defendants acted negligently, wrongfully and or intentionally and at all times acted within the scope of their employment with the UNITED STATES OF AMERICA POSTAL SERVICE.

## FIRST CAUSE OF ACTION

NEGLIGENCE

(Against the United Stated of America Postal Service and Patricia Ann Ryan for damages)

20. Plaintiff incorporates paragraphs 1 through 19 of the Complaint as if those paragraphs were fully incorporated and set forth herein.

21. At all times relevant to this Complaint, the Defendant had a duty to hire competent DRIVERS/operators in order to meet its obligations.

22. The Defendant breached its duty by negligently hiring incompetent, inexperienced and/or unqualified drivers/operators, administrators, employees, agents and staff.

23. Defendants' negligence directly and proximately caused Plaintiff serious orthopedic injury.

24. As a direct and proximate result of Defendants' negligence, Plaintiff received medical and other treatments for injuries sustained to her body, all or some of which conditions may be permanent and disabling and, all to Plaintiff's damage in a sum in excess of $500,000.00. That said services, care, and treatment are continuing and shall continue in the future.

25. As a direct and proximate result of Defendants' negligence, Plaintiff has been required to and has limited certain occupational and recreational activities, which have caused, and shall continue.

26. As a direct and proximate result of Defendants' negligence, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

27. The acts and/or omissions set forth above would constitute a claim under the law of the State of Nevada.

28. The Defendant is liable pursuant to 28 U.S.C. 1346(b)(1).

## SECOND CAUSE OF ACTION

## VICARIOUS LIABILITY, RESPONDEAT SUPERIOR, OSTENSIBLE AGENCY AND/OR AGENCY

29. Plaintiff ARECHIGA realleges and reincorporates each and every allegation above as if fully set forth herein.

30. At all times relevant to this case, the directors, officers operators, administrators, employees, agents, staff were employed by and/or acting on behalf of the Defendant.

31. At all relevant times to this Complaint, the directors, officers, operators, administrators, employees, agents and staff acted within their respective capacities and scopes of employment for the Defendant.

32. The directors, officers, operators, administrators, employees, agents and staff negligently and/or recklessly, directly and proximately caused personal injury to Plaintiff, including both acts of omission and acts of commission.

33. As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious and permanent personal injuries in and about his body; she has incurred medical expenses, and other damages, and will continue to incur medical expenses, and other damages in the future; she was forced to endure pain, suffering and mental anguish and will continue to endure pain, suffering, and mental anguish in the future; she has suffered a loss of the enjoyment of life, and will continue to suffer a loss of the enjoyment of life in the future; and she has lost wages, and will continue to lose wages in the future.

34. The acts and/or omissions set forth above would constitute a claim under the law of the State of a.

35. The Defendant is liable pursuant to 28 U.S.C. 1346(b)(1).

### THIRD CAUSE OF ACTION

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(Against the United Stated of America for damages)

36. Plaintiff incorporates by reference the allegations above as though set forth herein.

37. Defendants engaged in, instigated, and directed a course of extreme and

outrageous conduct with the intention of causing, or reckless disregard of the probability of causing, emotional distress to Plaintiff.

38. Defendants by their acts caused the rear end accident without justification causing PLAINTIFF serious injury.

39. As a proximate result of the acts alleged herein Plaintiff suffered severe or extreme emotional distress, entitling him to damages in an amount to be proven at trial.

## PRAYER FOR RELIEF
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

Medical expenses, lost wages, pain and suffering, future impairment, and loss of enjoyment of life totaling in excess of $1,000,000; and

Costs of attorneys fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem proper.

Date: December 6, 2021

Respectfully submitted,

EL MONTE LAW GROUP, INC.

_____
Ralph R. Rios

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

21
22
23
24
25
26
27
28

# EXHIBIT 1

LAW DEPARTMENT
NATIONAL TORT CENTER


**UNITED STATES**
**POSTAL SERVICE**

May 6, 2020

Ralph R. Rios
El Monte Law Group
11100 Valley Blvd., Ste. 115
El Monte, CA 91731

Re:   Your Client:        Guadalupe Arechiga
      Date of Incident:   December 6, 2019
      NTC Claim No.:      NT202030307

Dear Mr. Rios:

Please be advised that the administrative claim filed on behalf of Guadalupe Arechiga with the United States Postal Service on March 5, 2020 has been assigned to my office for adjudication.

Before this claim can be considered for adjudication it must be supported by competent evidence as defined within the SF95 claim form. Accordingly, please provide me with your client's medical records and itemized bills for treatment received in connection with the above-referenced incident as well as support for any claimed property damage and/or wage loss. (See the back side of the SF 95 claim form.) Additionally, please provide proof of vehicle ownership. If you do not submit these materials, I will be unable to properly evaluate the claim and will have no recourse but to issue a denial.

This claim will be adjudicated as soon as possible, but be aware that the Postal Service has six months from March 5, 2020 in which to adjudicate this claim. Should you have any additional information you wish to submit that would be helpful in our review of this matter, kindly forward same to my attention at the National Tort Center, United States Postal Service, 1720 Market Street, Room 2400, St. Louis, Missouri 63155-9948.

Sincerely,

*Shauna Snyder signature*

Shauna Snyder
Tort Claims Examiner/Adjudicator
Tel:  314/345-5838

/bpr

cc:   Maria Gonzalez
      Tort Claim Coordinator
      File No. 926-20-00458613A

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO  63155-9948
TEL:  314/345-5820
FAX:  314/345-5893