# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:21-cv-02044-SSS-KKx | Date | November 29, 2022 |
|---|---|---|---|
| Title | *Guadalupe Arechiaga v. United States Postal Service, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 28]**

On October 14, 2022, this Court issued an Order Striking Plaintiff's Application for Entry of Default against Defendant United States Postal Service ("USPS") for failure to provide adequate Proof of Service of Summons and Complaint. [Dkt. 28]. In addition to striking the Application, the Court directed Plaintiff to carefully review the requirements set forth in Fed. R. Civ. P. 4(i) for service upon an agency of the United States and ordered him to file an appropriate proof of service upon Defendant USPS no later than **November 18, 2022**. As of the date of this Order, Plaintiff has failed to comply with this Court's Order.

Accordingly, the Court hereby **SETS** an Order to Show Cause hearing regarding sanctions for failure to comply with this Court's Order [Dkt. 28] on **Friday, December 16, at 1:00 p.m., via video conference.** The Court **ORDERS** counsel for Plaintiff Ralph R. Rios to show cause why he should not be sanctioned in the amount of $500 for his failure to comply with the Court's Order [Dkt. 28] by filing an appropriate Proof of Service of Summons and Complaint as to Defendant USPS.

      Counsel is required to respond in writing on or before **December 12, 2022**, by 12:00 noon.  Counsel's failure to respond or file a satisfactory response may result in the imposition of sanctions against counsel.  If the Court is satisfied with counsel's response, or if counsel files an appropriate Proof of Service of Summons and Complaint, the Court may vacate the Order to Show Cause Hearing.

      **IT IS SO ORDERED.**